SETH GINSBERG
ATTORNEY AT LAW

May 16, 2013

Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:**   *United States v. Rudaj, et al.*, **11-CR-486 (DLI)**

Dear Judge Irizarry:

      With the consent of the government and Pretrial Services, we respectfully request that the Court extend Mr. Rudaj's time to file objections to the Presentence Report ("PRS") from May 28, 2013 until June 10, 2013. The reason for the requested extension is that I am going to be out of town from Friday, May 17, 2013 until Tuesday, May 28, 2013 and do not have ample time to review the report with Mr. Rudaj and prepare objections prior to my departure.

      We thank the Court in advance for its consideration of this request.

Respectfully,


s/Seth Ginsberg

cc:   All Counsel (via ECF)
      Jaime Turton, Probation Officer (via email)