UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------x

UNITED STATES OF AMERICA           11 Cr. 486 (DLI)

     - against -

ROBERT RUDAJ,
                             Defendant.
----------------------------------------------------x

NOTICE OF CHANGE OF ADDRESS

TO:    Attorney Services Clerk and All Other Parties

Firm Information:

Old Firm:

    Firm Name: Seth Ginsberg, Attorney at Law
    Firm Address: 5 Hanover Square, Suite 500, New York, NY 10004
    Firm Telephone Number: 212-537-9202
    Firm Fax Number: 646-607-8597

New Firm:

    Firm Name: Seth Ginsberg, Attorney at Law
    Firm Address: 299 Broadway, Suite 1405, New York, NY 10007
    Firm Telephone Number: 212-537-9202
    Firm Fax Number: 646-607-8597

I will continue to be counsel of record on the above-entitled case at my new firm.

Dated: November 10, 2013

                                                                  _____
                                                                  s/SETH GINSBERG
                                                                  Attorney at Law
                                                                  299 Broadway, Suite 1405
                                                                  New York, NY 10007
                                                                  212-537-9202
                                                                  srginsberg@mac.com